## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,
individually and as the representative of a class
of similarly-situated persons,

    Plaintiff,

v.                                  CASE NO: 8:12-cv-607-T-26TGW

MICHAEL WAYNE CLEMENT, STEVE
SIMMS, WAYNE CLEMENT and CARL
SIMMS d/b/a Faxqom.com,

    Defendants.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Leave to Extend Filing Date for Default Final Judgment (Dkt. 23) is granted. Plaintiff shall file its motion for default final judgment no later than June 18, 2013, failing which this case *will* be dismissed without prejudice and without further notice. The Court will grant no further extension of the deadline to file a motion for default final judgment.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2013.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record